IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02337-WDM-MJW

BOB DOUGHERTY,

Plaintiff(s),

v.

HOME DEPOT USA, INC.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that Defendant's Unopposed Motion for the Entry of a Confidentiality Stipulation and Protective Order (docket no. 23) is GRANTED.  The written Confidentiality Stipulation and Protective Order Pursuant to Fed. R. Civ. P. 26(c) (docket no. 23-2) is APPROVED as amended in paragraph 11 on page 5 and made an Order of Court.

Date:  May 25, 2006