IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02337-WDM-MJW

**BOB DOUGHERTY,**

    Plaintiff,

vs.

**HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT**

    Defendant.

---

## ~~PROPOSED~~ **Amended** ORDER RE: JOINT MOTION TO AMEND SCHEDULING ORDER (Docket No. 27)

The Court having reviewed the Joint Motion to Amend Scheduling Order and being fully advised of the premises therein and for good cause shown, hereby grants the parties Motion to Amend Scheduling Order and amends the Scheduling Order as follows:

1. Section 7. e. "Deposition Schedule" of the Scheduling Order is amended to extend the deadline to complete the depositions of all fact witnesses identified in the Scheduling Order to June 30, 2006.

2. The Settlement Conference presently scheduled for June 7, 2006 is vacated. The parties will notify the Court and re-schedule the Settlement Conference to take place after June 30, 2006.

3. Section 7. d. "Expert Witness Disclosure" is amended to extend designation of expert witness disclosures to on or before August 1, 2006, and designations of rebuttal expert witnesses to on or before September 1, 2006.

SO ORDERED, this 5Th day of June, 2006.

_[signature]_
~~United States District Court Judge~~ or
~~United States Magistrate~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**