# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02337-WDM — M J W

**BOB DOUGHERTY,**

     Plaintiff,

vs.

**HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT**

     Defendant.

---

### ORDER RE: DEFENDANT'S SECOND UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER
( Docket No. 32 )

---

**BEFORE ME IS** Defendant's Second Unopposed Motion to Amend the Scheduling

Order. Having reviewed the Motion and being fully advised in the premises therefore; **IT IS**

**HEREBY ORDERED** that the Motion is **GRANTED** and the parties shall have through and

including August 15, 2006, to complete the depositions of fact witnesses.

**Dated:** June 28, 2006

                **BY THE COURT:**

                The Honorable Michael J. Watanabe
                United States Magistrate Judge