IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02337-WDM-MJW

BOB DOUGHERTY,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT

    Defendant.

---

ORDER RE: PLAINTIFF'S UNOPPOSED MOTION
TO AMEND SCHEDULING ORDER
( DOCKET NO 35 )

The Court having reviewed the Plaintiff's Unopposed Motion to Amend Scheduling Order and being fully advised in the premises therein and for good cause shown, hereby grants the Motion and amends the Scheduling Order as follows:

    a. Amending Section 7.e. "Deposition Schedule," to extend the time for completing the depositions of fact witnesses to September 1, 2006.

    b. The parties will notify the Court and re-schedule the Settlement Conference to take place after the completion of the depositions.

    c. Amending Section 7.d.(3) and (4); "Expert Witness Disclosure" to extend the time for Plaintiff's designation of experts to on or before September 15, 2006, and accordingly extending the deadline for designation of rebuttal expert disclosure to on or before October 15, 2006.

SO ORDERED, this 28Th day of July, 2006

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE