IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02337-WDM-MJW

BOB DOUGHERTY,

Plaintiff(s),

v.

HOME DEPOT USA, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Third Joint Unopposed Motion to Amend the Scheduling Order, filed with the Court on August 31, 2006, is GRANTED. The Scheduling Order is amended as follows:

a.   Plaintiff's expert disclosure deadline is extended up to and including October 15, 2006;

b.  Defendant's expert disclosure deadline is extended up to and including November 15, 2006;

c.  Discovery cut off deadline is extended up to and including December 1, 2006;

d.  Dispositive motions deadline is extended up to and including December 15, 2006; and,

e.  The parties may file a written motion to the court, after expert witness disclosures are exchanged, if they desire to set a settlement conference.

Date:  September 5, 2006