IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02337-WDM-MJW

BOB DOUGHERTY,

Plaintiff(s),

v.

HOME DEPOT USA, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Extend the Deadline for Completing the Rule 30(b)(6) Depositions to December 31, 2006 (docket no. 81) is GRANTED. The deadline to complete the Rule 30(b)(6) depositions is extended to December 31, 2006.

Date: December 1, 2006