IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02337-WDM-MJW

BOB DOUGHERTY,

Plaintiff(s),

v.

HOME DEPOT USA, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant's Unopposed Motion to Amend the Scheduling Order to Take the Deposition of Plaintiff's Expert Dr. Iverson on February 3, 2007 (docket no. 89) is GRANTED. The deposition of Dr. Iverson may be taken on or before February 3, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

It is FURTHER ORDERED that Plaintiff's Motion to Withdraw Filing 87; and Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (docket no. 90) is GRANTED. Docket number 87 is withdrawn. Plaintiff shall have up to and including February 12, 2007, to file a response to Defendant's Motion for Summary Judgment (docket no. 86).

It is FURTHER ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend the Deadline for Completing Rule 30(b)(6) Depositions to January 26, 2007 (docket no. 91) is GRANTED. The parties shall have up to and including January 26, 2007, to complete the Rule 30(b)(6) depositions. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: January 18, 2007