IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02337-WDM

BOB DOUGHERTY,

    Plaintiff(s),

v.

HOME DEPOT USA, INC.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Counsel having advised the court that the motion for review of taxation of costs was resolved as part of the appeal settlement, that motion (doc. no. 142) is now moot.

Dated: July 17, 2008

                                                          s/Jane Trexler, Judicial Assistant